IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 20-20878-CIV-BLOOM

GREAT WHITE NORTH
FRANCHISEE ASSOCIATION-USA,
INC.

      Plaintiff,

v.

TIM HORTONS USA, INC.,
RESTAURANT BRANDS INTERNATIONAL,
LIMITED PARTNERSHIP, THE TDL GROUP,
CORP., THD COFFEE CO., ELIAS DIAZ SESE,
And JOHN DOES 1-20,

      Defendants.
_____/

**DEFENDANT TIM HORTONS USA, INC.'S *AGREED* MOTION FOR LEAVE TO FILE MOTION TO DISMISS AND INCORPORATED MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

Defendants Tim Hortons USA, Inc. ("THUSA") by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 6 and S.D. Fla. L.R. 7.1(c)(2), hereby files this Agreed Motion for Leave to File Motion to Dismiss and Incorporated Memorandum of Law in Excess of Twenty Pages, and in support thereof states:

1. Pursuant to this Court's March 27, 2020 Order, the deadline for THUSA to respond to Plaintiff Great White North Franchisee Association-USA, Inc.'s ("Plaintiff") Complaint is April 24, 2020 [DE 8].  THUSA has decided to respond to the Complaint with a Motion to Dismiss.

2. Local Rule 7.1(c)(2) provides that motions being filed in accordance with the local rules may not exceed twenty pages.

3. Plaintiff's 40 page complaint contains seven causes of action against THUSA [DE

CASE NO.: 20-20878-CIV-BLOOM

1]. The causes of action vary greatly and include complicated and extremely serious allegations of antitrust violations under the Sherman Act, conspiracy and racketeering under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA") and declaratory judgment claims brought by an association on behalf of its members.

4. THUSA has begun preparing its motion to dismiss, which includes case-dispositive arguments that all of the causes of action must be dismissed with prejudice. In order to adequately and fully address each argument for dismissal, THUSA needs to exceed the twenty-page limitation imposed by the Local Rules.

5. Accordingly, THUSA respectfully requests that this Court permit THUSA to file a motion to dismiss not to exceed 40 pages in total.

6. In light of the complexity of some of the grounds for dismissal, good cause for the requested relief exists.

7. Given that the Motion to Dismiss is still being drafted, this request to exceed the page limitation s being made now in the interest of time, as the deadline to respond to the Complaint is eight days from today.

8. Pursuant to Local Rule 7.1(A)(3), undersigned counsel has conferred with counsel for the Defendant who agrees to the relief requested herein.

WHEREFORE, THUSA respectfully requests the entry of an order granting the relief requested herein and for any other relief the Court deems appropriate.

CASE NO.: 20-20878-CIV-BLOOM

## CERTIFICATE OF GOOD FAITH CONFERENCE PURSUANT TO LOCAL RULE 7.1

Pursuant to Fla. L. R. 7.1(a)(3)(A), undersigned counsel certifies that counsel for THUSA made a good faith effort to resolve the issues raised in this motion with counsel for Plaintiff, and was able to do so.  Plaintiff's counsel agreed to the relief requested in this motion.

Dated this 16th day of April, 2020        Respectfully submitted,

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for Defendants*
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300

**s./** Aaron S. Blynn_____
Michael D. Joblove
Florida Bar No.: 354147
mjoblove@gjb-law.com
Aaron S. Blynn
Florida Bar No.: 0073464
ablynn@gjb-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 16, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

**s./ Aaron S. Blynn**
_____
Attorney

CASE NO.: 20-20878-CIV-BLOOM

## SERVICE LIST

**Great White North Franchise Association-USA, Inc. v. Tim Hortons USA, Inc., et al.
CASE NO.: 20-20878-CIV-BLOOM**

Michael D. Joblove
mjoblove@gjb-law.com
Aaron S. Blynn
ablynn@gjb-law.com
GENOVESE JOBLOVE & BATTISTA, P.A.
4400 Miami Tower
100 Southeast Second Street
Miami, Florida  33131
Telephone:     (305) 349-2300
Facsimile:     (305) 349-2310

Adam G. Wasch
awasch@waschraines.com
WASCH RAINES LLP
2500 N. Military Trail - Suite 100
Boca Raton, Florida  33431
*Attorneys for Plaintiff*