UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-20878-BLOOM/Louis

GREAT WHITE NORTH FRANCHISEE
ASSOCIATION-USA, INC.,

    Plaintiff,

v.

TIM HORTONS USA, INC.,
*et al.*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon the Order of Remand from the Eleventh Circuit Court of Appeals, ECF No. [104], filed on December 2, 2021. As instructed on remand, this case **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 23, 2022.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record